**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Wilkesboro Division**

Case No. 11−51141
Chapter 13

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
Diana Houck
318 Todd Railroad Rd
Todd, NC 28684
Social Security No.: xxx−xx−6867

# NOTICE OF DEFICIENT FILING

**NOTICE IS HEREBY GIVEN** that the petition filed on behalf of the above−referenced debtor(s) did not include the following items:

    Summary of Schedules
    Schedules A−J
    Declaration Concerning Schedules
    Form 7 (Statement of Financial Affairs)
    Chapter 13 Plan (Local Form 4)
    Local Form 13
    Chapter 13 Statement of Income
    Certification of Credit Counseling
    Statistical Summary of Certain Liabilities

**FURTHER NOTICE IS GIVEN** that if the above−referenced items are not filed with the Clerk of this Court within the time set forth in the Federal Bankruptcy Code and the Local Bankruptcy Rules of this Court, this case will be subject to dismissal by the Court without further notice or opportunity for hearing.

Dated: September 12, 2011                                                                Steven T. Salata
                                                                                             Clerk of Court

Electronically filed and signed (9/12/11)