United States Bankruptcy Court
Western District of North Carolina

In re:  
Diana Houck  
    Debtor

Case No. 11-51141-jcw  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0419-5     User: murphyb     Page 1 of 1     Date Rcvd: Sep 12, 2011  
                 Form ID: 229     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2011.  
db        +Diana Houck,   318 Todd Railroad Rd,   Todd, NC 28684-9339

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 14, 2011**                              **Signature:** _Joseph Speetjens_

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Wilkesboro Division**

Case No. 11−51141
Chapter 13

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
   Diana Houck
   318 Todd Railroad Rd
   Todd, NC 28684
   Social Security No.: xxx−xx−6867

# ORDER GRANTING PAYMENT OF FILING FEE
# IN INSTALLMENTS

IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor shall not pay any money for services in connection with this case, and the debtor shall not relinquish any property as payment for services in connection with this case.

Dated: September 12, 2011                              BY THE COURT

                                                       J. Craig Whitley
                                                       United States Bankruptcy Judge

Electronically filed and signed (9/12/11)