United States Bankruptcy Court
Western District of North Carolina

In re:  
Diana Houck  
    Debtor

Case No. 11-51141-jcw  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0419-5     User: murphyb     Page 1 of 1     Date Rcvd: Sep 12, 2011  
Form ID: 273     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2011.  
db     +Diana Houck,    318 Todd Railroad Rd,    Todd, NC 28684-9339

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 14, 2011**                  **Signature:** _/s/ Joseph Speetjens_

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Wilkesboro Division**

Case No. 11−51141
Chapter 13

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
    Diana Houck
    318 Todd Railroad Rd
    Todd, NC 28684
    Social Security No.: xxx−xx−6867

# NOTICE OF DEFICIENT FILING

**NOTICE IS HEREBY GIVEN** that the petition filed on behalf of the above−referenced debtor(s) did not include the following items:

    Summary of Schedules
    Schedules A−J
    Declaration Concerning Schedules
    Form 7 (Statement of Financial Affairs)
    Chapter 13 Plan (Local Form 4)
    Local Form 13
    Chapter 13 Statement of Income
    Certification of Credit Counseling
    Statistical Summary of Certain Liabilities

**FURTHER NOTICE IS GIVEN** that if the above−referenced items are not filed with the Clerk of this Court within the time set forth in the Federal Bankruptcy Code and the Local Bankruptcy Rules of this Court, this case will be subject to dismissal by the Court without further notice or opportunity for hearing.

Dated: September 12, 2011                                                                                           Steven T. Salata
                                                                                                                 Clerk of Court

Electronically filed and signed (9/12/11)