**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Wilkesboro Division**

Case No. 11−51141
Chapter 13

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
Diana Houck
318 Todd Railroad Grade Road
Todd, NC 28684
Social Security No.: xxx−xx−6867

# ORDER DISMISSING CASE

THIS CAUSE coming on to be heard and being heard by the undersigned United States Bankruptcy Judge, and it appearing to the Court that the above−referenced debtor failed to file certain schedules, statements, or other documents as required by the Federal Rules of Bankruptcy Procedure or the Local Bankruptcy Rules of this Court.

**NOTICE IS FURTHER GIVEN AND IT IS, THEREFORE, ORDERED** that the case shall be and is hereby **DISMISSED**.

Dated: September 30, 2011                         BY THE COURT

                                                  J. Craig Whitley
                                                  United States Bankruptcy Judge

Electronically filed and signed (9/30/11)