**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Wilkesboro Division**

Case No. 11−51141
Chapter 13

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
Diana Houck
318 Todd Railroad Grade Road
Todd, NC 28684
Social Security No.: xxx−xx−6867

# COURT'S NOTICE OF ENTRY OF ORDER
# DISMISSING CASE AND NOTICE OF FILING FEE DUE

NOTICE IS HEREBY GIVEN that on September 30, 2011 an Order was entered dismissing this case.

NOTICE IS FURTHER GIVEN that the filing fees for this case remain due and owing. The debtor(s) should immediately forward cash, a certified check or money order, payable to the U.S. Bankruptcy Court, in the amount of $274.00. This Court will not entertain a motion for reconsideration of this order of dismissal unless all unpaid fees are paid at the time the motion is made.

Dated: September 30, 2011                                                                                              Steven T. Salata
                                                                                                                          Clerk of Court

Electronically filed and signed (9/30/11)