United States Bankruptcy Court
Western District of North Carolina

In re:  
Diana Houck  
    Debtor

Case No. 11-51141-jcw  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0419-5   User: barnesk   Page 1 of 1   Date Rcvd: Sep 30, 2011  
                           Form ID: 155   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2011.  
db        +Diana Houck,   318 Todd Railroad  Grade Road,   Todd, NC 28684-9339

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 02, 2011**                                    **Signature:** _/s/ Joseph Speetjens_

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Wilkesboro Division**

Case No. 11−51141
Chapter 13

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
    Diana Houck
    318 Todd Railroad Grade Road
    Todd, NC 28684
    Social Security No.: xxx−xx−6867

# COURT'S NOTICE OF ENTRY OF ORDER DISMISSING CASE AND NOTICE OF FILING FEE DUE

NOTICE IS HEREBY GIVEN that on September 30, 2011 an Order was entered dismissing this case.

NOTICE IS FURTHER GIVEN that the filing fees for this case remain due and owing. The debtor(s) should immediately forward cash, a certified check or money order, payable to the U.S. Bankruptcy Court, in the amount of $274.00. This Court will not entertain a motion for reconsideration of this order of dismissal unless all unpaid fees are paid at the time the motion is made.

Dated: September 30, 2011

Steven T. Salata
Clerk of Court

Electronically filed and signed (9/30/11)