United States Bankruptcy Court
Western District of North Carolina

In re:  
Diana Houck  
    Debtor

Case No. 11-51141-jcw  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0419-5     User: barnesk    Page 1 of 1    Date Rcvd: Sep 30, 2011  
Form ID: 205    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2011.

```
db         +Diana Houck,   318 Todd Railroad  Grade Road,   Todd, NC 28684-9339
4522576    +Internal Revenue Service,   P.O. Box 7317,   Philadelphia, PA 19101-7317
4521764    +Life Store Bank,   21 East Ashe Street,   West Jefferson, NC 28694-6011
4522577     North Carolina Department of Revenue,   Bankruptcy Unit,   P.O. Box 1168,
             Raleigh, NC 27602-1168
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 02, 2011**      **Signature:** _Joseph Speetjens_

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Wilkesboro Division**

Case No. 11−51141
Chapter 13

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
    Diana Houck
    318 Todd Railroad Grade Road
    Todd, NC 28684
    Social Security No.: xxx−xx−6867

# ORDER DISMISSING CASE

THIS CAUSE coming on to be heard and being heard by the undersigned United States Bankruptcy Judge, and it appearing to the Court that the above−referenced debtor failed to file certain schedules, statements, or other documents as required by the Federal Rules of Bankruptcy Procedure or the Local Bankruptcy Rules of this Court.

**NOTICE IS FURTHER GIVEN AND IT IS, THEREFORE, ORDERED** that the case shall be and is hereby **DISMISSED**.

Dated: September 30, 2011                    BY THE COURT

                                             J. Craig Whitley
                                             United States Bankruptcy Judge

Electronically filed and signed (9/30/11)