# REQUEST FOR EXTENSION

OCT - 3 201

I, Diana Houck, would like to request an extension of 30 days (from October 12 until November 12, 2011) in order to get P&L statements from my accountant. Thank you for your understanding. My case number is 11-51141.

Sincerely,
Diana L Houck

*Diana L Houck*
*Sept 28, 2011*

Diana L Houck
318 Todd Railroad Grade Rd
Todd NC 28684