**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Wilkesboro Division**

Case No. 11−51141
Chapter 13

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
  Diana Houck
  318 Todd Railroad Grade Road
  Todd, NC 28684
  Social Security No.: xxx−xx−6867

# FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

- Steven G. Tate is discharged as trustee of the estate of the above named debtor and the bond is cancelled.
- The chapter 13 case of the above named debtor is closed.

Dated: November 23, 2011                    BY THE COURT

                                            J. Craig Whitley
                                            United States Bankruptcy Judge

Electronically filed and signed (11/23/11)