United States Bankruptcy Court
Western District of North Carolina

In re:                                                                  Case No. 11-51141-jcw
Diana Houck                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0419-5          User: ea              Page 1 of 2            Date Rcvd: Nov 23, 2011
                              Form ID: 150          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 25, 2011.
db            +Diana Houck,   318 Todd Railroad  Grade Road,   Todd, NC 28684-9339

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 25, 2011**                      **Signature:**    _Joseph Speetjens_

```
District/off: 0419-5           User: ea                    Page 2 of 2               Date Rcvd: Nov 23, 2011
                               Form ID: 150                Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 23, 2011 at the address(es) listed below:
        Steven G. Tate    tate13@ch13sta.com
                      TOTAL: 1

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Wilkesboro Division**

Case No. 11−51141
Chapter 13

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
   Diana Houck
   318 Todd Railroad Grade Road
   Todd, NC 28684
   Social Security No.: xxx−xx−6867

# FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

- Steven G. Tate is discharged as trustee of the estate of the above named debtor and the bond is cancelled.
- The chapter 13 case of the above named debtor is closed.

Dated: November 23, 2011                            BY THE COURT

                                                    J. Craig Whitley
                                                    United States Bankruptcy Judge

Electronically filed and signed (11/23/11)